UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

                v.                                        Case No. 08-mc-4-PB

<u>Thomas R. Aubert</u>

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 7, 2008, no objection having been filed.

SO ORDERED.

May 6 , 2008                                        /s/ Paul Barbadoro
                                                                Paul Barbadoro
                                                                 United States District Judge

cc:    T. David Plourde, Esq.
        Thomas R. Aubert, pro se